No. 02–7491. PALMER v. ENGLAND, SECRETARY OF THE NAVY. C. A. 5th Cir. Certiorari denied.

No. 02–7493. VISAGE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–7494. WATSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7497. CORNEJO-CANALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7498. TURK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7500. QUEZADA-LEON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7501. SAVAGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7504. RAMIREZ-CASTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7505. PAIGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7506. SPEER v. UNITED STATES; RICHARDSON v. UNITED STATES; and BROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 48 Fed. Appx. 105 (first and second judgments) and 480 (third judgment).

No. 02–7507. GONZABA SALINAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7509. SCHONEBOOM v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–7511. PRICE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7512. POLEDORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.